UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

LAWRENCE MEADOWS,

    Plaintiff,

Case No.: 10-22175-CIV-ALTONAGA/Brown

v.

AMERICAN AIRLINES, INC.,
AMERICAN AIRLINES, INC. PILOT RETIREMENT BENEFIT PROGRAM &
PENSION BENEFITS ADMINISTRATION COMMITTEE,
as fiduciary of the PROGRAM,

    Defendants.
_____/

## **CARRIE J. FEIT'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 11.1(d)(3), the undersigned attorney hereby moves this Court to grant her leave to withdraw as counsel for the Plaintiff, and states the following:

1. The undersigned represented the Plaintiff throughout the above-referenced district court case.

2. The undersigned filed the Plaintiff's Notice of Appeal in this Court on April 19, 2011. (D.E. 50)

3. The undersigned filed Plaintiff's Motion to Alter Judgment on April 21, 2011 (D.E. 51).

4. This Court issued an Order denying such Motion to Alter Judgment on April 22, 2011 (D.E. 52).

5. Defendant filed its Motion for Bill of Costs (D.E.'s 53 and 54) on April 25, 2011 and April 26, 2011, respectively.

6. This Court issued an Order terming such Motion for Bill of Costs on April 27, 2011 (D.E. 55).

7. Undersigned counsel filed Plaintiff's Notice of Appeal regarding the Order on his Motion to Alter Judgment (D.E. 61) on May 6, 2011

8. Due to undersigned counsel and Plaintiff's irreconcilable differences about matters relating to the Plaintiff's case, Plaintiff hired other counsel to appeal the district court case to the Eleventh Circuit.

9. The undersigned agreed to remain in the case as local counsel merely to facilitate the transition of the case from this Court to the appellate court level.

10. Defendant filed its Motion for Attorney's Fees on May 23, 2011 (D.E. 64).

11. This Court terminated Defendant's Motion for Attorney's Fees on May 24, 2011 (D.E. 65).

12. The undersigned did not take part in the brief writing or any other motions/pleadings in connection with Plaintiff's appeal to the Eleventh Circuit, and has not been involved with any non-administerial aspects of the appellate case.

13. Since the time of the briefing to the Eleventh Circuit, Plaintiff's case was stayed via Suggestion of Bankruptcy (D.E. 71).

14. Since the briefing to the Eleventh Circuit, undersigned counsel's relationship with the Plaintiff had further strained, involving inappropriate remarks by the Plaintiff about the undersigned.

15. Once undersigned learned that the stay had been removed in Plaintiff's Eleventh Circuit case and that such case would proceed on a substantive level, undersigned filed a Motion to Withdraw in the Eleventh Circuit, and was granted the same.

16. The undersigned has now learned that the Eleventh Circuit has decided the case in favor of the Defendant (Appellee), and that in addition on July 23, 2013, Plaintiff's (Appellant's) Request for Rehearing En Banc was denied.

17. To the extent that the stay is lifted in this Court, and because undersigned believes she cannot zealously represent the Plaintiff based on their attorney-client history, undersigned counsel requests that this Court grant her leave to withdraw as counsel.

18. Undersigned counsel requests that this Court give the Plaintiff thirty (30) days to secure new counsel while the stay is in place or while this Court takes any other action it deems appropriate.

19. The Plaintiff will not be prejudiced by undersigned counsel's withdrawal, as the case is currently stayed and the status/viability of the terminated Motions are unclear at this juncture.

20. The Plaintiff has been provided a copy of this Motion via email and regular mail as noted in the Certificate of Service.

21. The Plaintiff does not approve of this Motion.[1]

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant her leave to withdraw as counsel for the Plaintiff due to irreconcilable differences that ethically prevent the undersigned from representing the Plaintiff, with an allowance of thirty (30) days for Plaintiff to secure new counsel or proceed pro se.

---

[1] The undersigned had attempted to facilitate a Substitution of Counsel but the Plaintiff declined to take such alternative action.

*Respectfully Submitted,*

CARRIE J. FEIT PA
3211 Ponce de Leon Blvd., Suite 200
Coral Gables, FL 33134
Phone: (305) 443.3060
Facsimile: (305) 443.2238

BY: /s/ Carrie Feit
CARRIE J. FEIT
FL Bar No. 470066

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via regular U.S. Mail and email on July 30, 2013, and via email on February 5th, 2013, upon:

Jennifer D. Ellis, Esq.
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
jellis@hunton.com

and

Lawrence Meadows
P.O. Box 4344
Park City, Utah 84060
lawrencemeadows@yahoo.com

BY: /s/ Carrie Feit
CARRIE J. FEIT
FL Bar No. 470066